FENELLA BURRELL, Appellant, *v.* CITY OF NEW YORK et al., Respondents.

*Burrell* v. *City of New York*, 164 App. Div. 245, affirmed.

(Argued October 18, 1917; decided November 20, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 23, 1914, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term, based upon conclusions of law that the award made herein by the defendant board of assessors was the result of a judicial proceeding; that said board had full jurisdiction to make the award; that the award was not procured through fraud, and, therefore, constituted a binding adjudication of the rights of the plaintiff and the defendants herein; that the court was without power to review the award except by writ of certiorari (against which the Statute of Limitations had run through lack of any notice to appellant of hearing or decision), and particularly was without power to set aside the award in an action in equity. The action was brought to set aside an award made to plaintiff by the board of assessors of the city of New York for damage to certain real property arising from a change of grade.

*Truman H. Baldwin* and *George E. Baldwin* for appellant.

*Lamar Hardy, Corporation Counsel* (*Charles J. Nehrbas* and *Terence Farley* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK and ANDREWS, JJ. Dissenting: CARDOZO, POUND and CRANE, JJ.